AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nickerson, William M. | Maryland | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior St | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

101 W. Lombard Street
Baltimore MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Md. Judicial Pension Plan | $31,215.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bristol Myers Squibb cmn | B | Dividend | M | T | | | | | |
| 2. Chevron Texaco Corp. formerly Chevron Corp. cmn | B | Dividend | L | T | | | | | |
| 3. Coca Cola Co. cmn | C | Dividend | M | T | | | | | |
| 4. Colgate Palmolive Co. cmn | B | Dividend | M | T | | | | | |
| 5. Diamond Offshore Drilling Co. cmn | A | Dividend | J | T | | | | | |
| 6. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 7. Equifax Inc. cmn | A | Dividend | M | T | | | | | |
| 8. General Electric Co. cmn | B | Dividend | K | T | | | | | |
| 9. General Mills Inc. cmn | B | Dividend | L | T | | | | | |
| 10. Johnson & Johnson cmn | C | Dividend | M | T | | | | | |
| 11. Merck & Co., Inc. cmn | A | Dividend | K | T | | | | | |
| 12. Pitney Bowes, Inc. cmn | A | Dividend | J | T | | | | | |
| 13. Procter & Gamble Co. cmn | A | Dividend | K | T | | | | | |
| 14. Franklin Mutual Shrs Cl Z (formerly Mutual Shares Fund) | A | Dividend | K | T | | | | | |
| 15. Exelon Corp. cmn | A | Dividend | J | T | | | | | |
| 16. Cheesecake Factory Inc. cmn | | None | L | T | | | | | |
| 17. Jones Grp cmn (Formerly Jones Apparel) | A | Dividend | J | T | Sold | 04/09/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 19. T.R.P. Tax Exempt M/M | A | Dividend | N | T | | | | | |
| 20. J P Morgan - Trust (H) | A | Distribution | P1 | T | | | | | |
| 21. - J P Morgan US DollarPrincipal (Form Deposit Sweep Inst'l. | | | | | | | | | |
| 22. - JP Morgan Short Term Mun. Bd. Fd. | | | | | | | | | |
| 23. - Verizon Communications | | | | | | | | | |
| 24. - Chevron Corp. | | | | | | | | | |
| 25. - Dow Chemical | | | | | | | | | |
| 26. - Gen Elect Co | | | | | | | | | |
| 27. - Exxon Mobil Corp | | | | | | | | | |
| 28. - Altria Group, Inc. | | | | | | | | | |
| 29. - American Electric Power Co, Inc. | | | | | | | | | |
| 30. - Boeing Co. | | | | | | | | | |
| 31. - Bristol Meyers Squibb Co | | | | | | | | | |
| 32. - Consolidated Edison, Inc. | | | | | | | | | |
| 33. - Dominion Resources Inc VA | | | | | | | | | |
| 34. - Home Depot, Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - McDonalds Corp. | | | | | | | | | |
| 36. - Duke Energy ( Formerly Hldg.) Corp. | | | | | | | | | |
| 37. - Travelers Cos. Inc. | | | | | | | | | |
| 38. - Mondalez Int'l. (formerly Kraft Foods, Inc.) | | | | | | | | | |
| 39. - Spectra Energy Corp. | | | | | | | | | |
| 40. - Pfizer Inc. | | | | | | | | | |
| 41. - Philip Morris Int'l., Inc. (X) | | | | | | | | | |
| 42. - Kellogg Co. | | | | | | | | | |
| 43. - Coca-Cola Co. | | | | | | | | | |
| 44. - Sysco Corp. | | | | | | | | | |
| 45. - Yum Brands Inc. | | | | | | | | | |
| 46. - Manning & Napier Fund Inc.,World Opp. Series Fd. | | | | | | | | | |
| 47. - Delaware Emergirng Mkts. Fund | | | | | | | | | |
| 48. - Easton Vance Mutual Funds TR FLT RT CL 1 | | | | | | | | | |
| 49. - JPM High Yield Fund | | | | | | | | | |
| 50. - Kraft Foods Group, Inc. | | | | | | | | | |
| 51. - T. Rowe Price New Asia Fd. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard FTSE Europe ETF | A | Dividend | K | T | Buy | 06/16/14 | K | | |
| 53. - I Shares Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy | 06/16/14 | K | | |
| 54. - I Shares MSCI EAFE Index Fund | A | Dividend | J | T | Buy | 06/16/14 | J | | |
| 55. Exxon Mobil Corp cmn | A | Dividend | K | T | | | | | |
| 56. Intel Corp cmn | A | Dividend | K | T | | | | | |
| 57. PNC Finl. Svs. Grp. cmn | A | Dividend | K | T | | | | | |
| 58. Microsoft Corp cmn | A | Dividend | K | T | | | | | |
| 59. T. Rowe Price Inc. cmn | A | Dividend | L | T | | | | | |
| 60. Zebra Tech cmn | | None | L | T | | | | | |
| 61. Wal-Mart Stores cmn | A | Dividend | K | T | | | | | |
| 62. Fidelity Natl. Info. Svcs. Inc. cmn | A | Dividend | K | T | | | | | |
| 63. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 64. Smucker J M Co cmn | A | Dividend | J | T | | | | | |
| 65. Express Scripts Hldg. Co. | | None | J | T | | | | | |
| 66. Massachusetts Mutual Ins. Co. - whole life policy | B | Dividend | L | T | | | | | |
| 67. Navy Mutual Aid Ass'n. perm. plus life ins. policy | B | Dividend | K | T | | | | | |
| 68. Amer. Trust Co. ACF W. Nickerson IRA (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Columbia Acorn Fd. - A | A | Dividend | K | T | Sold (part) | 12/19/14 | J | A | |
| 70.   - Columbia High Yield Bd. Fd. Cl A | A | Dividend | | | Sold (part) | 12/19/14 | K | A | |
| 71.   - I Shares MSCI Emerging Mkts.ETF | A | Dividend | K | T | Sold (part) | 12/19/14 | J | A | |
| 72.   - I Shares Russell 1000 Value ETF | A | Dividend | L | T | Sold (part) | 12/19/14 | J | A | |
| 73.   - I Shares Russell 1000 Growth ETF | A | Dividend | K | T | Sold (part) | 12/19/14 | J | A | |
| 74.   - I Shares S&P Midcap400 Growth ETF | A | Dividend | K | T | Sold (part) | 12/19/14 | J | A | |
| 75.   - I Shares S&P Midcap 400 Value ETF. | A | Dividend | J | T | Sold (part) | 12/19/14 | J | A | |
| 76.   - I Shares Core S&P Smallcap ETF | A | Dividend | K | T | Sold (part) | 12/19/14 | J | A | |
| 77.   - Morgan Stanley Capital Trust V | A | Dividend | K | T | | | | | |
| 78.   - Fidelity Advisor New Insights - T Fd. | | None | L | T | Sold (part) | 12/19/14 | J | A | |
| 79.   - Fidelity Advisor New Insights Cl A | | None | K | T | | | | | see VIII |
| 80.   - MFS Intl. Diverse - A | A | Dividend | K | T | Sold (part) | 12/19/14 | J | A | |
| 81.   - Fidelity Advisor Mid Cap II - A | | None | K | T | Sold (part) | 12/19/14 | J | A | |
| 82.   - Ameriprise Insured Money Mkt. | A | Dividend | J | T | | | | | |
| 83.   - Columbia Div. Opportunity Fd. Cl. A | A | Dividend | L | T | Sold (part) | 12/19/14 | J | A | |
| 84.   - Columbia Acorn International Fd. A | A | Dividend | K | T | Sold (part) | 12/19/14 | J | A | |
| 85.   - Columbia Income Bldr. Cl A | A | Dividend | K | T | | | | | see VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - John Hancock Strategic Inc. Opp. Cl A | A | Dividend | K | T | | | | | see VIII |
| 87. - Fidelity Advisor Strategic Inc. Cl A | A | Dividend | K | T | | | | | see VIII |
| 88. - MFS New Discovery Value Cl A | A | Dividend | K | T | | | | | see VIII |
| 89. - Columbia Intermediate Bd. Cl A | A | Dividend | L | T | Buy | 03/15/13 | J | | see VIII |
| 90. - First Trust Cons. Staples Alpha ETF | A | Dividend | J | T | Buy | 10/14/14 | J | | |
| 91. Amer. Trust Co. ACF W. Nickerson IRA(H) | | | | | | | | | |
| 92. - Ameriprise Insd. M/M | A | Dividend | J | T | | | | | |
| 93. - CNL Health Care Inc. REIT | A | Dividend | L | T | | | | | |
| 94. Columbia Mid Cap Value - A Fund | A | Dividend | K | T | | | | | |
| 95. AIM Invesco Smallcap Equity Fd Cl A | A | Dividend | K | T | | | | | |
| 96. Columbia Global Infrst Cl A | A | Dividend | K | T | | | | | |
| 97. Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |
| 98. Fidelity Advisor New Insights A Fd. | | None | K | T | | | | | |
| 99. MFS Value - A Fd. | A | Dividend | K | T | | | | | |
| 100. Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 101. Oppenheimer Developing Mkts. - A Fd. | A | Dividend | J | T | | | | | |
| 102. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - VP Partner Sm Cap C13 | | | | | | | | | |
| 104.  - WFADV VT Sm Ca Gr C2 | | | | | | | | | |
| 105.  - Allbern VPS Intl Val | | | | | | | | | |
| 106.  - COL Mid Cap Val C13 | | | | | | | | | |
| 107.  - Fid VIP Mid Cap Cl 2 | | | | | | | | | |
| 108.  - COL VP Divdnd Opp C13 | | | | | | | | | |
| 109.  - COL VP Emg Mkt C13 | | | | | | | | | |
| 110.  - COL VP Incom Oppt C12 | | | | | | | | | |
| 111.  Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | T | | | | | |
| 112.  - VP Partner Sm Cap C13 | | | | | | | | | |
| 113.  - WFADV VTG Sm Ca Gr C2 | | | | | | | | | |
| 114.  - Allbern VPS Intl Val | | | | | | | | | |
| 115.  - COL Mid Cap Val C 13 | | | | | | | | | |
| 116.  - Fid VIP MidCap Cl 2 | | | | | | | | | |
| 117.  - COL VP Divnd Opp C 13 | | | | | | | | | |
| 118.  - COL VP Emg Mkt C 13 | | | | | | | | | |
| 119.  - COL VP Incom Oppt C 12 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Investment property, Baltimore, MD | | None | M | R | | | | | see VIII |
| 121.  FID NATL FINL INC NEW FNF & FNFV GRP (formerly Lender Proc. Svcs.) | A | Dividend | J | T | | | | | |
| 122.  Riversource Ret. Adv. 4 Ad. VA Annuity | C | Int./Div. | L | T | | | | | |
| 123.  - Col VP Cont Core | | | | | | | | | |
| 124.  - Col VP Dividend Opps | | | | | | | | | |
| 125.  - Col VP Emerging Mkt | | | | | | | | | |
| 126.  - Col VP Lg Cap Growth | | | | | | | | | |
| 127.  - Col VP Lg Core Quant | | | | | | | | | |
| 128.  - Col VP Mid Cap Gr Opp | | | | | | | | | |
| 129.  - Colo VP Mid Cap Val Opp | | | | | | | | | |
| 130.  - Col VP Select LC Val | | | | | | | | | |
| 131.  - VP-Columb Wanger Inter | | | | | | | | | |
| 132.  - VP-Columb Wanger US Eq | | | | | | | | | |
| 133.  - VP-DFA International | | | | | | | | | |
| 134.  - VP-Holland LC Growth | | | | | | | | | |
| 135.  - VP-Invesco Internat | | | | | | | | | |
| 136.  - VP-Jennison Mid Growth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - VP - Loomis Sales Grth | | | | | | | | | |
| 138. - VP-MFS Value | | | | | | | | | |
| 139. - VP-Mondrian Inter Sm | | | | | | | | | |
| 140. - VP-Morg Stan Global RE | | | | | | | | | |
| 141. - VP-NFJ Dividend Value | | | | | | | | | |
| 142. - VP-NFN Win Lrg Cap Gr | | | | | | | | | |
| 143. - VP-Partners Sm Cap Val | | | | | | | | | |
| 144. - VP-Partners Small Grth | | | | | | | | | |
| 145. - VP-Pyramis Invest Int | | | | | | | | | see VIII |
| 146. - VP-Pyrford Internat | | | | | | | | | " " |
| 147. - VP-Sit Dividend Growth | | | | | | | | | " " |
| 148. - VP Victory Estb Value | | | | | | | | | " " |
| 149. - Col VP Core Bond | | | | | | | | | " " |
| 150. - Col VP Diversif Bond | | | | | | | | | " " |
| 151. - Col VP Emerg Mkts Bomd | | | | | | | | | " " |
| 152. - Col VP Global Bond | | | | | | | | | " " |
| 153. - Col VP Income Opp Fund | | | | | | | | | " " |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Col VP Lmtd Duration | | | | | | | | | " " |
| 155. - Col VP US Gov Mort | | | | | | | | | " " |
| 156. - Col VP Strat Income | | | | | | | | | " " |
| 157. - VP-Am Cent Diver Bond | | | | | | | | | " " |
| 158. - VP-BlackRock Glb Infl | | | | | | | | | " " |
| 159. - VP-Eaton Vance Fl-Rate | | | | | | | | | " " |
| 160. - VP-J.P. Morgan Cor Bnd | | | | | | | | | " " |
| 161. - VP-TCW Core Plus Bond | | | | | | | | | " " |
| 162. - VP-Wells Fargo Sh Gov | | | | | | | | | " " |
| 163. - Col VP Commodity Strat | | | | | | | | | " " |
| 164. - VP-AQR Managed Futures | | | | | | | | | " " |
| 165. - Col VP Multi-Strat Alt | | | | | | | | | " " |
| 166. - VP-Goldman Sachs Comm | | | | | | | | | " " |
| 167. Franklin MD Tax Free Inc. - A | A | Dividend | J | T | | | | | |
| 168. Columbia Acorn Int'l. - A Fd. | A | Dividend | K | T | | | | | |
| 169. Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 170. Ameriprise Insured Money Market Fd. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Riversource Ret. Adv. 4 Ad. VA Annuity | A | Int./Div. | L | T | | | | | |
| 172. - Col VP Cont Core | | | | | | | | | |
| 173. - Col VP Dividend Opps | | | | | | | | | |
| 174. - Col VP Emerging Mkt | | | | | | | | | |
| 175. - Col VP Lg Cap Growth | | | | | | | | | |
| 176. - Col VP Lg Core Quant | | | | | | | | | |
| 177. - Col VP Mid Cap Gr Opp | | | | | | | | | |
| 178. - Col VP Mid Cap Val Opp | | | | | | | | | |
| 179. - Col VP Select LC Val | | | | | | | | | |
| 180. - VP-Columb Wanger Inter | | | | | | | | | |
| 181. - VP-Columb Wanger US Eq | | | | | | | | | |
| 182. - VP-DFA International | | | | | | | | | |
| 183. - VP-Holland LC Growth | | | | | | | | | |
| 184. - VP-Invesco Internat | | | | | | | | | |
| 185. - VP-Jennison Mid Growth | | | | | | | | | |
| 186. - VP-MFS Value | | | | | | | | | |
| 187. - VP-Mondrian Inter Sm | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - VP-Morg Stan Global RE | | | | | | | | | |
| 189. - VP-NFJ Dividend Value | | | | | | | | | |
| 190. - VP-Nvn Win Lrg Cap Gr | | | | | | | | | |
| 191. - VP-Partners Sm Cap Val | | | | | | | | | |
| 192. - VP-Partners Small Grth | | | | | | | | | |
| 193. - VP-Loomis Sayles Grth | | | | | | | | | |
| 194. - VP-Pyramis Invest Int | | | | | | | | | see VIII |
| 195. - VP-Pyford Internat | | | | | | | | | " " |
| 196. - VP-Sit Dividend Growth | | | | | | | | | " " |
| 197. - VP- Victory Estb Value | | | | | | | | | " " |
| 198. - Col VP Core Bond | | | | | | | | | " " |
| 199. - Col VP Diversif Bond | | | | | | | | | " " |
| 200. - Col VP Emerg Mkts Bond | | | | | | | | | " " |
| 201. - Colo VP Global Bond | | | | | | | | | " " |
| 202. - Col VP Income Opp Fund | | | | | | | | | " " |
| 203. - Col VP Lmtd Duration | | | | | | | | | " " |
| 204. - Col VP US Gov Mort | | | | | | | | | " " |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Col VP Strat Income | | | | | | | | | " " |
| 206. - VP-Am Cent Diver Bond | | | | | | | | | " " |
| 207. - VP Black Rock Glb Infl | | | | | | | | | " " |
| 208. - VP-Eaton Vance FL-Rate | | | | | | | | | " " |
| 209. - VP-J.P. Morgan Cor Bnd | | | | | | | | | " " |
| 210. - VP-TCW Core Plus Bond | | | | | | | | | " " |
| 211. - VP-Wells Fargo Sh Gov | | | | | | | | | " " |
| 212. - Col VP Commodity Strat | | | | | | | | | " " |
| 213. - VP-AQR Managed Futures | | | | | | | | | " " |
| 214. - Col VP Multi-Strat Alt | | | | | | | | | " " |
| 215. - VP-Goldman Sachs Comm | | | | | | | | | " " |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 79. This asset was incorrectly listed on the 2013 report at line 90 as a holding in IRA account ▓▓▓ although actually a holding in IRA account ▓▓▓ .

2. Part VII, lines 85 to 89. These assets were incorrectly listed on the 2013 report as holdings in IRA account ▓▓▓ although actually they are holdings in IRA account ▓▓▓ line 89. This asset was erroneouly listed as partly sold on the 2013 report. In actuality it was sold in its entirety and should no longer be listed.

3. Part VII, line 120. As noted in previous reports, this property was purchased on 11/07/2007 for $110,000.00.

4. Part VII, lines 145 to 166. These assets appeared in 2013 as holdings in annuity account ▓▓▓ (see line 122), but were overlooked in the 2013 report. As with all of the assets held in this annuity , no information is available to me, or has been reported to me as to acquisition dates or values.

5. Part VII, lines 194 to 215. As with 4. above, these assets appeared in 2013 as holdings in annuity account ▓▓▓ ( see line 171 ), but were overlooked in the 2013 report. Also as with 4. above, no information is available to me, or has been reported to me regarding acquisition dates or values.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William M. Nickerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544